UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-501 DWF/SRN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | **ORDER** |
| BENNIE WARREN, Defendant. | ) | |

Based upon the motion and affidavit of the United States, the default judgment, dated June 29, 2001, and entered against defendant is hereby vacated.

IT IS SO ORDERED.

Dated: 11/07/01

United States District Court

FILED NOV 07 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______